IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARGENTA ACQUISITIONS, LLC**                                                             **PLAINTIFF**

v.                      **CASE NO. 4:23-CV-01140-BSM**

**CAMERON HOGAN**                                                                    **DEFENDANT**

## ORDER

Argenta Acquisitions, LLC's motion for default judgment against Cameron Hogan [Doc. No. 8] is granted. Hogan was served with a summons and a copy of the complaint on December 7, 2023, and failed to respond. Doc. No. 4. A clerk's default was entered against him on January 8, 2024. Doc. No. 6. Argenta now moves for default judgment and Hogan has failed to respond. Doc. Nos. 8 & 9.

Judgment is therefore entered in favor of Argenta and against Hogan in the amount of $70,688.47, plus $8,937.00 in attorneys' fees, with post-judgment interest accruing from the date of this order until satisfied.

IT IS SO ORDERED this 27th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE